**Dismissed and Opinion Filed April 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00970-CV

## JUAN GOMEZ LOPEZ AND KENIA ITZEL VALLE MATA, Appellants
### V.
## FLUOR CORPORATION, FLUOR ENTERPRISES, INC., AND FLUOR DANIEL MEXICO, S.A., Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15978

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Reichek
Opinion by Justice Partida-Kipness

Appellants' brief is overdue. By postcard dated March 19, 2020, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellants have not filed their brief nor have they corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE


190970F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUAN GOMEZ LOPEZ AND
KENIA ITZEL VALLE MATA,
Appellants

No. 05-19-00970-CV        V.

FLUOR CORPORATION, FLUOR
ENTERPRISES, INC., AND FLUOR
DANIEL MEXICO, S.A., Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-16-15978.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees FLUOR CORPORATION, FLUOR
ENTERPRISES, INC., AND FLUOR DANIEL MEXICO, S.A. recover their costs
of this appeal from appellants JUAN GOMEZ LOPEZ AND KENIA ITZEL
VALLE MATA.

Judgment entered this 27th day of April, 2020.